IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TREVOR WILLIAMS, Individually and on
behalf of all others similarly situated                                        PLAINTIFF

v.                              No. 3:23-cv-31-DPM

D&H CONTRACTING, INC.                                                        DEFENDANT

ORDER

1. The parties have informally advised the Court that they have settled. Congratulations. The Final Scheduling Order, *Doc. 8*, is suspended. The settlement conference is cancelled. Motion, *Doc. 18*, denied as moot.

2. The joint motion to approve the settlement, *Doc. 21*, is denied without prejudice. The agreement cannot be based on the waiver of non-wage claims. *Kappelmeier v. Wil-Shar, Inc.*, 2019 WL 4229686, at *3 (W.D. Ark. 4 September 2019). Status report on where the case goes from here or renewed motion to approve due by 1 October 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_3 September 2024_