# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | | |
|---|---|---|
| TREVOR WILLIAMS, Individually and on behalf of all others similarly situated | | PLAINTIFF |
| v. | No. 3:23-cv-31-DPM | |
| D&H CONTRACTING, INC. | | DEFENDANT |

## ORDER

The joint status report, *Doc. 23*, is noted and appreciated. The joint motion, *Doc. 21*, is granted. The proposed settlement—as modified, *Doc. 23 at 1*—is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 2027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage-related dispute. And the parties negotiated the attorney's fees and costs separately. *Barbee*, 927 F.3d at 1027. Plus those fees related to all claims. The complaint will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 September 2024