IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TREVOR WILLIAMS, Individually and on
behalf of all others similarly situated                                    PLAINTIFF

v.                              No. 3:23-cv-31-DPM

D&H CONTRACTING, INC.                                                      DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 25 November 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

25 September 2024